**Order entered October 10, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00765-CV

### CAROL SHAW, Appellant

### V.

### BISHOP AIRFIELD RANCH, LLC, Appellee

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 90347**

## ORDER

Before the Court is Casie Rivas's September 28, 2022 motion to withdraw as counsel for appellee. We **GRANT** the motion and **DIRECT** the Clerk of the Court to remove Ms. Rivas as appellee's counsel. Appellee remains represented by Jamie R. Welton and Jason E. Boatright of Duane Morris LLP.

/s/     BILL PEDERSEN, III
        JUSTICE